DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY MADDOX**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1056

[June 28, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472000CF000302A.

Rodney Maddox, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***